**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ACCEPTING DEFENDANT'S** |
| v. | ) | **WAIVER OF DETENTION AND** |
| | ) | **SCHEDULING A PRELIMINARY HEARING** |
| Felipe de Jesus Romo-Gomez, | ) | |
| a/k/a Jorge Romo, | ) | |
| | ) | Case No. 4:06-mj-012 |
| Defendant. | ) | |

_____

On May 8, 2006, Defendant made his initial appearance on a complaint charging him with the offense of illegal reentry of a removed alien.  AUSA Scott Schneider appeared on the government's behalf. Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on Defendant's behalf.  An interpreter, Jessica Egge, was also present to assist Defendant.

The government moved to detain Defendant pending a detention hearing.  However, Defendant advised the court that he did not oppose the government's motion and waived his right to a detention hearing.  The court finds that Defendant, having an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived detention and consented to be detained pending final disposition of this matter.

The court **GRANTS** the Government's Motion to Detain and **ORDERS** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections

facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The court further **ORDERS** that a preliminary hearing be scheduled for May 16, 2006, at 1:30 p.m. at the Federal Building and U.S. Courthouse in Minot, North Dakota.

Dated this 8th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge